IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Gaylen Dean Rust, et al<br><br>Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:19cr164 DB |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  14th  day of June, 2019.

BY THE COURT:

_____
Dee Benson
United States District Judge