JOHN W. HUBER, United States Attorney (#7226)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSHUA DANIEL RUST<br><br>                    Defendant. | CASE NO: 2:19-cr-00164-003<br><br>MOTION TO REVOKE JOSHUA RUST'S PRETRIAL RELEASE AND ADDITIONAL VIOLATION ALLEGATIONS<br><br>District Court Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Pursuant to 18 U.S.C. § 3148(b), the United States moves this Court to revoke the pretrial release of Joshua Rust and alleges the following pretrial release violations in addition to Allegation Number 1 of the U.S. Pretrial Services Office:

Allegation No. 2: On or about July 31, 2020, the defendant failed to obtain approval from the pretrial officer for new employment, a violation of Release Condition 6(a).

Allegation No. 3: In and around January 2020, the defendant failed to obtain approval from the pretrial officer for incurring new credit charges and opening additional lines of credit, a violation of Release Condition 6(n).

The defendant confessed to these violations after being asked by his pretrial officer. The United States affirms that there is clear and convincing evidence that the defendant has violated these

simple and undemanding release conditions, and he is therefore unlikely to abide any condition or combination of conditions of release imposed by the Court. 18 U.S.C. § 3148(b)(1)(B) and (2)(B).

DATED this 15th day of October, 2020.

JOHN W. HUBER
UNITED STATES ATTORNEY

*/s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney