TRINA A. HIGGINS, United States Attorney (#7349)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DENISE GUNDERSON RUST,<br><br>      Defendant. | Case No. 2:19-cr-00164<br><br>RESPONSE TO PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE FOR DENISE GUNDERSON RUST<br><br>District Court Judge Ted Stewart |

The United States of America joins Ms. Oberg's pro se motion for early termination of supervised release for the following reasons:

- Probation Officer Casey Franson has confirmed to the United States that Ms. Oberg has had no instances of noncompliance while on supervision, and that she "has been responsive and proactive in her communications with Probation, reporting each month."

- While there is still an outstanding restitution obligation for this defendant, a significant portion of that restitution may be credited by the Court based on the receiver's liquidation of the Rust home. (*See* Joint Motion at ECF Docket Entry 172).

- Ms. Oberg has entered into a monthly restitution payment agreement with the Financial Litigation Unit of the United States Attorney's Office.

//

//

//

Based on her strict compliance, responsiveness, the potentially significant reduction in her outstanding restitution (subject to the Court's ruling), and her willingness to work with the Financial Litigation Unit, the United States recommends that the Court grant Ms. Denise Oberg's request for early termination of supervised release.

Respectfully Submitted,

TRINA A. HIGGINS
United States Attorney

*/s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney